## James BOYD, Appellant,

v.

## STATE of Missouri, Respondent.

### ED 101257

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: March 10, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 2015

Application for Transfer Denied August 18, 2015

Amy E. Lowe, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

## *ORDER*

### PER CURIAM

James Boyd appeals from the motion court's judgment denying his Rule 29.15 motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2014).